EXHIBIT

TRULINCS 22713014 - O'GARRO, EARL JR - Unit: DAN-M-A

---

FROM: Hayes, Tracy
TO: 22713014
SUBJECT: RE: Email
DATE: 10/24/2016 03:36:06 PM

earl, below is D's response. I searched the office's online directory today and previously and have been unable to find any correspondence from gov't other than Mattei's email regarding the plea agreement. Nothing discussing Crumbie, nor anything from you.

Hey Tracy,

I've searched high and low and I just don't seem to have that email in my archives. Can you see if it's saved in O'Garro's electronic file?

If not, then it's just plain gone, although I generally save every email I get. He also asked about getting Mike G's email response. Mike and I spoke about Crumbie on the phone, so there was no email on that. I will keep searching on my end, but I think it might be gone.

D


EARL JR O'GARRO on 10/22/2016 6:06:58 PM wrote
Good evening Attorney Murray,

I hope you are well. A couple of weeks ago I sent a letter in the mail asking if you could send me a copy of the email chain that I forwarded to you in March of this year regarding Andrew Crumbie. I did not hear back from you. When you have a moment can you mail that email chain to me?

Thanks,

Earl